United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC,

Plaintiff,

v.

MENERVA HERNANDEZ,

Defendant.

Case No.  12-cv-05773-JST

**ORDER RE: FAILURE TO COMPLY WITH REASSIGNMENT ORDER AND SETTING CASE MANAGEMENT CONFERENCE**

By order of this Court dated February 12, 2013, the parties were required to submit a joint case management statement within fifteen days of the reassignment of the above-captioned action to this Court.  Dkt. No. 9.  The parties failed to comply with that Order, although the Court notes that Plaintiff has now submitted a case management statement thirty days after the reassignment order was issued.  Dkt. No. 13.  The parties are advised that further violations of orders of this Court may result in monetary or other sanctions.

The parties are hereby ordered to appear, in person, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c), for a case management conference to be held in this action before the Honorable Jon S. Tigar on April 30, 2013, at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order.

//

//

//

Written requests to reschedule the case management conference or to appear telephonically will be granted sparingly and only upon a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: March 14, 2013



Jon S. Tigar
United States District Judge

United States District Court
Northern District of California