UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC, <br>     Plaintiff, <br> v. <br> MENERVA HERNANDEZ, <br>     Defendant. | Case No. 12-cv-05773-JST <br><br> **JUDGMENT** |

On June 6, 2013, the Court granted Plaintiff J & J Sports Productions, Inc. motion for summary judgment. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant Menerva Hernandez, individually and doing business as El Milagro Restaurant, in the amount of $4,400. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 7, 2013

                                             JON S. TIGAR <br>
                                           United States District Judge